

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00493-CV

TIDEPORT DISTRIBUTING, INC.
v.
RAMON CERDA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF BRITTANY CERDA, DECEASED

On Appeal from the
148th District Court of Nueces County, Texas
Trial Cause No. 10-2767-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED WITH PREJUDICE in accordance with its opinion. Costs of the appeal are taxed against party incurring same.

We further order this decision certified below for observance.

March 20, 2014